UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Thomas A. Newcomb<br><br>Debtor<br><br>Chicago Title Insurance Company<br>　Plaintiff<br>v.<br>Thomas A. Newcomb<br>　Defendant | Chapter 7<br>Case No. 08-43143 (JBR)<br><br><br><br>Adversary Proceeding<br>No. 08-4210 |

## STIPULATION OF DISMISSAL

Now come the parties in the above captioned Adversary Proceeding and, pursuant to U.S. Bkcy. Local Rule 9019-1(c), hereby stipulate that all claims, causes of action, counterclaims and defenses be dismissed with prejudice and without costs or attorney's fees to any party. The parties waive all rights of appeal.

Thomas A. Newcomb,
pro se,


_____
Thomas A. Newcomb
9 Clarissa Road
Chelmsford, MA 01824
SSN / ITIN xxx-xx-6663

Chicago Title Insurance Company,
By its attorney,


_____
Michelle A. McHale (BBO#567537)
Wacks & McHale PC
607 North Avenue, 18-1
Wakefield, MA 01880
(781) 246-4386

DATED: November 13, 2009

W:\m09\newcomb.stipdism

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: )<br>)<br>Thomas A. Newcomb )<br>)<br>Debtor )<br>) | Chapter 7<br>Case No. 08-43143 (JBR) |
| Chicago Title Insurance Co. )<br>Plaintiff )<br>)<br>v. )<br>)<br>Thomas A. Newcomb )<br>Defendant )<br>) | Adversary Proceeding<br>No. 08-4210 |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on November 13, 2009 a true and correct copy of the above and foregoing Stipulation of Dismissal was forwarded, via electronic mail or by mailing, first class United States mail, postage prepaid, to all parties listed below:

Thomas A. Newcomb
9 Clarissa Road
Chelsmford, MA 01824-4701

Lisa D. Tingue / Richard King
Office of the U.S. Trustee
446 Main Street, 14th floor
Worcester, MA 01608-2361

/s/ Michelle A. McHale
Michelle A. McHale

M09/Newcomb.cos6